Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HALE-DRASE, an individual, | Case No.: 2:24-cv-01801-JCM-NJK |
| Plaintiff, | |
| v. | |
| BARCLAYS BANK DELAWARE, a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **STIPULATION AND ORDER OF DISMISSAL OF BARCLAYS BANK DELAWARE WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Renee Hale-Drase ("Plaintiff") and Defendant, Barclays Bank Delaware ("Barclays") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Barclays bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 2, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 2, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Brittni A. Tanenbaum*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Brittni A. Tanenbaum, Esq.
Nevada Bar No. 16013
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Chris.Jorgensen@wbd-us.com
Brittni.Tanenbaum@wbd-us.com
*Attorneys for Barclays Bank Delaware*

## **ORDER**

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Barclays Bank Delaware are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2025